## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 9, 2015

_____

RESPONSE REQUESTED

_____

No.   15-1157 (L),   Tammy Muzichuck v. Forest Laboratories, Inc.
                     1:07-cv-00016-IMK-JSK

TO:   Jeffrey F. Peck
      Linda E. Maichl
      Joseph P. Thomas

RESPONSE DUE:   07/16/2015

Response is required to the motion to consolidate cases 15-1157 and 15-1201 with cases 14-2040 and 14-2133. Response(s) must be filed by the response due date shown in this notice.

Cathi Bennett, Deputy Clerk
804-916-2702