FILED: July 17, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1157 (L)
(1:07-cv-00016-IMK-JSK)

_____

TAMMY MUZICHUCK, Individually and as the Administratrix of the Estate of Bruce Muzichuck, and on behalf of her minor child, H.M.

      Plaintiff - Appellant

v.

FOREST LABORATORIES, INC.; FOREST PHARMACEUTICALS, INC.

      Defendants - Appellees

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to consolidate cases 15-1157 and 15-1201 with cases 14-2040 and 14-2133, the court denies the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk