FILED: July 21, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1157 (L)
(1:07-cv-00016-IMK-JSK)

_____

TAMMY MUZICHUCK, Individually and as the Administratrix of the Estate of Bruce Muzichuck, and on behalf of her minor child, H.M.

      Plaintiff - Appellant

v.

FOREST LABORATORIES, INC.; FOREST PHARMACEUTICALS, INC.

      Defendants - Appellees

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Opening brief and Appendix due: 08/05/2015

Opening/response brief due: 09/08/2015

Response/reply brief due: 10/13/2015

Any reply brief: 14 days from service of response/reply brief.

                                  For the Court--By Direction

                                  /s/ Patricia S. Connor, Clerk